UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-1057 MWF (JCx)**          Dated: **March 21, 2014**

Title:   Silver Dollar Hofbrau -*v*- The Burlington Insurance Company et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                             None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Notice of Settlement filed March 21, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for May 12, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

    IT IS SO ORDERED.