JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER DOLLAR HOFBRAU,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE BURLINGTON INSURANCE COMPANY, DOES 1 through 75, inclusive,<br><br>          Defendant. | CASE NO. CV14-1057 MWF-JCx<br>Assigned to the Hon. Michael W. Fitzgerald<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 30, 2013<br>Action Removed: February 11, 2014<br>Trial Date: None |

Pursuant to the Joint Stipulation to Dismiss Action with Prejudice filed by Plaintiff Silver Dollar Hofbrau (hereinafter "Plaintiff") and Defendant The Burlington Insurance Company (hereinafter "Defendant"), and good cause appearing, all dates and hearings are hereby vacated, and this case is dismissed with prejudice, each party to bear its own costs and attorneys fees.

**IT IS SO ORDERED.**

Dated:   APRIL 23, 2014

By: _____
Hon. Michael W. Fitzgerald
United States District Court

1

**[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**